1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   FRANCISCO MALDONADO-PEÑALOZA
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        )  No. 2:09-CR-0220 JAM
                                     )
13                  Plaintiff,       )
                                     )  **STIPULATION AND ORDER**
14        v.                         )  **CONTINUING STATUS CONFERENCE**
                                     )  **AND EXCLUDING TIME**
15  FRANCISCO MALDONADO-PEÑALOZA,    )
       aka Francisco Noel Maldonado, )
16                                   )  Date:  June 30, 2009
                    Defendant.       )  Time:  9:30 a.m.
17                                   )  Judge: Hon. John A. Mendez
    _____ )
18

19       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20  of America, and defendant, Francisco Maldonado-Peñaloza, that the status

21  conference scheduled for June 30, 2009 may be continued to August 4,

22  2009, at 9:30 a.m.

23       Defense counsel has been occupied in a jury trial since mid-March,

24  leaving counsel unable to meet with Mr. Maldonado-Penaloza.  Once trial

25  is resolved, counsel for both parties intend to meet in an effort to

26  resolve their remaining differences.  To afford time to complete these

27  tasks, the parties agree that the ends of justice to be served by a

28  continuance outweigh the best interests of the public and the defendant

1  in a speedy trial, and they ask the Court to exclude time under the

2  Speedy Trial Act from the date of this order through August 4, 2009,

3  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

4                                    Respectfully submitted,

5                                    DANIEL J. BRODERICK
                                     Federal Defender
6

7  Dated:  June 26, 2009             /s/ T. Zindel
                                     TIMOTHY ZINDEL
8                                    Assistant Federal Defender
                                     Attorney for
9                                    FRANCISCO MALDONADO-PENALOZA

10

11                                   LAWRENCE G. BROWN
                                     Acting United States Attorney
12

    Dated:  June 26, 2009            /s/ T. Zindel for M. Anderson
13                                   MICHAEL D. ANDERSON
                                     Assistant U.S. Attorney
14

15                                **O R D E R**

16

17     The status conference is continued to August 4, 2009 at 9:30 a.m.

18 For the reasons set forth above, the court finds that the ends of justice

19 to be served by a continuance outweigh the best interests of the public

20 and the defendant in a speedy trial and therefore excludes time under the

21 Speedy Trial Act through August 4, 2009.

22     IT IS SO ORDERED.

23

24 Dated: June 26, 2009              /s/ John A. Mendez
                                     HON. JOHN A. MENDEZ
25                                   United States District Judge

26

27

28

Stip. in U.S.A. v. Maldonado-P.          2