```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    FRANCISCO MALDONADO-PEÑALOZA
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,     )  No. 2:09-CR-0220 JAM
                                  )
13              Plaintiff,        )
                                  )  STIPULATION AND ORDER
14       v.                       )  CONTINUING STATUS CONFERENCE
                                  )  AND EXCLUDING TIME
15  FRANCISCO MALDONADO-PEÑALOZA, )
       aka Francisco Noel Maldonado, )
16                                )  Date:  August 4, 2009
                Defendant.        )  Time:  9:30 a.m.
17                                )  Judge: Hon. John A. Mendez
    _____ )
18
```

19       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20  of America, and defendant, Francisco Maldonado-Peñaloza, that the status

21  conference scheduled for August 4, 2009 may be continued to August 18,

22  2009, at 9:30 a.m.

23       Defense counsel has been occupied in a jury trial since mid-March,

24  leaving counsel unable to meet with Mr. Maldonado-Penaloza.  Once trial

25  is resolved, counsel for both parties intend to meet in an effort to

26  resolve their remaining differences.  To afford time to complete these

27  tasks, the parties agree that the ends of justice to be served by a

28  continuance outweigh the best interests of the public and the defendant

in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order through August 18, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

Dated: July 31, 2009           /s/ T. Zindel
                                            TIMOTHY ZINDEL
                                            Assistant Federal Defender
                                            Attorney for
                                            FRANCISCO MALDONADO-PENALOZA

                                            LAWRENCE G. BROWN
                                            Acting United States Attorney

Dated: July 31, 2009           /s/ T. Zindel for M. Anderson
                                            MICHAEL D. ANDERSON
                                            Assistant U.S. Attorney

## O R D E R

The status conference is continued to August 18, 2009 at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 18, 2009.

IT IS SO ORDERED.

Dated: July 31, 2009           /s/ John A. Mendez
                                            HON. JOHN A. MENDEZ
                                            United States District Judge