```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   FRANCISCO MALDONADO-PEÑALOZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>          Plaintiff,       )<br>                            )<br>     v.                     )<br>                            )<br>FRANCISCO MALDONADO-PEÑALOZA, )<br>   aka Francisco Noel Maldonado, )<br>                            )<br>          Defendant.       )<br>_____ ) | No. 2:09-CR-0220 JAM<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  August 18, 2009<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Francisco Maldonado-Peñaloza, that the status conference scheduled for August 18, 2009 may be continued to September 1, 2009, at 9:30 a.m.

Defense counsel seeks additional time to obtain records concerning Mr. Maldonado-Penaloza, to review the records with him, and also to review the government's proposed resolution with him.  To afford time to complete these tasks, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under

the Speedy Trial Act from the date of this order through September 1, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  August 17, 2009          /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for F. MALDONADO-PENALOZA


                                 LAWRENCE G. BROWN
                                 Acting United States Attorney

Dated:  August 17, 2009          /s/ T. Zindel for M. Anderson
                                 MICHAEL D. ANDERSON
                                 Assistant U.S. Attorney


**O R D E R**

The status conference is continued to September 1, 2009 at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through September 1, 2009.

IT IS SO ORDERED.


Dated: August 17, 2009           /s/ John A. Mendez
                                 HON. JOHN A. MENDEZ
                                 United States District Judge

Stip. in U.S.A. v. Maldonado-P.                    2