DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO MALDONADO-PEÑALOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCO MALDONADO-PEÑALOZA, ) <br>   aka Francisco Noel Maldonado, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 2:09-CR-0220 JAM <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date:  September 1, 2009 <br> Time:  9:30 a.m. <br> Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Francisco Maldonado-Peñaloza, that the status conference scheduled for September 1, 2009 may be continued to October 20, 2009, at 9:30 a.m.

   Defense counsel seeks additional time to obtain records concerning Mr. Maldonado-Penaloza, to review the records with him, and to consult with an expert about Mr. Maldonado's ability to adjust his status in the United States.  To afford time to complete these tasks, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask

1 the Court to exclude time under the Speedy Trial Act from the date of
2 this order through October 20, 2009, pursuant to 18 U.S.C. §
3 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 31, 2009          /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for F. MALDONADO-PENALOZA

                                LAWRENCE G. BROWN
                                Acting United States Attorney

Dated: August 31, 2009          /s/ T. Zindel for M. Anderson
                                MICHAEL D. ANDERSON
                                Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 20, 2009 at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 20, 2009.

IT IS SO ORDERED.

Dated: _August 31, 2009
                                /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                United States District Judge

Stip. in U.S.A. v. Maldonado-P.          2