DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO MALDONADO-PEÑALOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FRANCISCO MALDONADO-PEÑALOZA,<br>　aka Francisco Noel Maldonado,<br><br>　　　　　Defendant. | No. 2:09-CR-0220 JAM<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:　December 15, 2009<br>Time:　9:30 a.m.<br>Judge: Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Francisco Maldonado-Peñaloza, that the status conference scheduled for December 15, 2009 may be continued to January 26, 2010, at 9:30 a.m.

　　　Defense counsel has retained an immigration law expert to review court and immigration records to determine whether Mr. Maldonado has any potential to adjust status in the future. To date, this review has uncovered a likely amendment of the existing indictment. Additional records have also been ordered because of issues arising during the defense review of Mr. Maldonado's history. The defense team is scheduled

to meet again on December 16.  To afford time to complete this review, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order through January 26, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                             Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Defender

Dated:  December 11, 2009        /s/ T. Zindel
                                             TIMOTHY ZINDEL
                                             Assistant Federal Defender
                                             Attorney for F. MALDONADO-PENALOZA

                                             LAWRENCE G. BROWN
                                             Acting United States Attorney

Dated:  December 11, 2009        /s/ T. Zindel for M. Anderson
                                             MICHAEL D. ANDERSON
                                             Assistant U.S. Attorney

**O R D E R**

    The status conference is continued to January 26, 2010, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through January 26, 2010.

    IT IS SO ORDERED.

Dated: December 11, 2009
                                             /s/ John A. Mendez
                                             HON. JOHN A. MENDEZ
                                             United States District Judge