DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO MALDONADO-PEÑALOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-CR-0220 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| FRANCISCO MALDONADO-PEÑALOZA, aka Francisco Noel Maldonado, | |
| Defendant. | Date: January 26, 2010<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Francisco Maldonado-Peñaloza, that the status conference scheduled for January 26, 2010 may be continued to February 16, 2010, at 9:30 a.m.

The parties have requested an audio recording of defendant's only removal hearing, held in 1997. Defense counsel has asked to review the tape as part of his comprehensive review of prior proceedings. It remains likely that the case will resolve on grounds proposed by the government, but defense counsel has retained an immigration expert in order to determine whether Mr. Maldonado may have any grounds to adjust status in

the future. To afford time to complete this review, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order through February 16, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
Federal Defender

Dated:   January 21, 2010          /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for F. MALDONADO-PENALOZA

                                            BENJAMIN B. WAGNER
United States Attorney

Dated:   January 21, 2010          /s/ T. Zindel for M. Anderson
MICHAEL D. ANDERSON
Assistant U.S. Attorney

### **O R D E R**

The status conference is continued to February 16, 2010, at 9:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through February 16, 2010.

IT IS SO ORDERED.

Dated: January 21, 2010           /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge