DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO MALDONADO-PEÑALOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-0220 JAM |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| FRANCISCO MALDONADO-PEÑALOZA, ) | |
|    aka Francisco Noel Maldonado, ) | |
| ) | Date:  February 16, 2010 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Judge: Hon. John A. Mendez |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Francisco Maldonado-Peñaloza, that the status conference scheduled for February 16, 2010 may be continued to March 2, 2010, at 9:30 a.m.

The defense last week received a tape of Mr. Maldonado's sole removal hearing and wishes to review it before the case resolves; the defense also seeks additional time to review the tape in consultation with an immigration law expert. To afford time to complete this review, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy

trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order through March 2, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


Dated:  February 8, 2010            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for F. MALDONADO-PENALOZA


                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated:  February 8, 2010            /s/ T. Zindel for M. Anderson
                                    MICHAEL D. ANDERSON
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to March 2, 2010, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 2, 2010.

IT IS SO ORDERED.

```
Dated: February 8, 2010             /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
```

Stip. & Order                              2