1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    TIMOTHY ZINDEL, Bar #158377
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, California 95814
4    Telephone: (916) 498-5700

5

6    Attorney for Defendant
     FRANCISCO MALDONADO-PEÑALOZA

7

8

9             IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13   UNITED STATES OF AMERICA,    )   No. 2:09-CR-0220 JAM
                        )
14          Plaintiff,    )
                        )   **STIPULATION AND ORDER**
15      v.                )   **CONTINUING STATUS CONFERENCE**
                        )   **AND EXCLUDING TIME**
16   FRANCISCO MALDONADO-PEÑALOZA, )
    aka Francisco Noel Maldonado, )
17                      )   Date:   March 2, 2010
          Defendant.    )   Time:   9:30 a.m.
18                      )   Judge:   Hon. John A. Mendez
19   _____ )

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21   of America, and defendant, Francisco Maldonado-Peñaloza, that the status

22   conference scheduled for March 2, 2010 may be continued to March 9, 2010,

23   at 9:30 a.m.

24       Defense received new evidence and seeks additional time to conduct

25   further legal research and continue ongoing defense investigation. To

26   afford time to complete this review, the parties agree that the ends of

27   justice to be served by a continuance outweigh the best interests of the

28   public and the defendant in a speedy trial, and they ask the Court to

1   exclude time under the Speedy Trial Act from the date of this order

2   through March 9, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

3   (B)(iv)(Local Code T4).

4                                    Respectfully submitted,

5                                    DANIEL J. BRODERICK
                                     Federal Defender
6

7   Dated:  February 24, 2010        /s/ T. Zindel
                                     TIMOTHY ZINDEL
8                                    Assistant Federal Defender
                                     Attorney for F. MALDONADO-PENALOZA
9

10                                   BENJAMIN B. WAGNER
                                     United States Attorney
11

12  Dated:  February 24, 2010        /s/ T. Zindel for M. Anderson
                                     MICHAEL D. ANDERSON
13                                   Assistant U.S. Attorney

14

15                          **O R D E R**

16

17       The status conference is continued to March 9, 2010, at 9:30 a.m.

18  For the reasons set forth above, the court finds that the ends of justice

19  to be served by a continuance outweigh the best interests of the public

20  and the defendant in a speedy trial and therefore excludes time under the

21  Speedy Trial Act through March 9, 2010.

22       IT IS SO ORDERED.

23

24  Dated: February 24, 2010

25                                   /s/ John A. Mendez
                                     HON. JOHN A. MENDEZ
26                                   United States District Judge

27

28

Stip. & Order                    2