DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO MALDONADO-PEÑALOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:09-CR-0220 JAM |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| FRANCISCO MALDONADO-PEÑALOZA, | ) **AND EXCLUDING TIME** |
| aka Francisco Noel Maldonado, | ) |
| Defendant. | ) Date:  March 9, 2010 |
| | ) Time:  9:30 a09-220.m. |
| | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Francisco Maldonado-Peñaloza, that the status conference scheduled for March 9, 2010 may be continued to March 16, 2010, at 1:30 p.m.

Defense received new evidence and seeks additional time to conduct further legal research and continue ongoing defense investigation. To afford time to complete this review, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to

exclude time under the Speedy Trial Act from the date of this order through March 16, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: March 4, 2010           /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for F. MALDONADO-PENALOZA

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: March 4, 2010           /s/ T. Zindel for M. Anderson
                                    MICHAEL D. ANDERSON
                                    Assistant U.S. Attorney

## O R D E R

The status conference is continued to March 16, 2010, at 1:30 p.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 16, 2010.

IT IS SO ORDERED.

Dated: March _4, 2010          _____/s/ John A. Mendez_____
                                    HON. JOHN A. MENDEZ
                                    United States District Judge