DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO MALDONADO-PEÑALOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>FRANCISCO MALDONADO-PEÑALOZA,  )<br>   aka Francisco Noel Maldonado,  )<br>  )<br>            Defendant.  )<br>_____ ) | No. 2:09-CR-0220 JAM<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS<br>CONFERENCE/MOTION HEARING AND<br>AMENDING BRIEFING SCHEDULE**<br><br>Date:  June 15, 2010<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Francisco Maldonado-Peñaloza, that the motion hearing scheduled for June 15, 2010 may be continued to June 22, 2010, at 9:30 a.m.  Briefing schedule as follows: Motions due on May 18, 2010; oppositions due June 8, 2010; and replies due June 15, 2010.

　　　The parties have requested an audio recording of defendant's only removal hearing, held in 1997.  Defense counsel has asked to review the tape as part of his comprehensive review of prior proceedings. It remains likely that the case will resolve on grounds proposed by the government, but defense counsel has retained an immigration expert in order to

determine whether Mr. Maldonado may have any grounds to adjust status in the future. To afford time to complete this review, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order through June 22, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

Dated:  May 3, 2010                    /s/ T. Zindel
                                              TIMOTHY ZINDEL
                                              Assistant Federal Defender
                                              Attorney for F. MALDONADO-PENALOZA

                                              BENJAMIN B. WAGNER
                                              United States Attorney

Dated:  May 3, 2010                    /s/ T. Zindel for M. Anderson
                                              MICHAEL D. ANDERSON
                                              Assistant U.S. Attorney

## O R D E R

The status conference is continued to June 22, 2010, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through June 22, 2010.

IT IS SO ORDERED.

Dated: May 3, 2010                     /s/ John A. Mendez
                                              HON. JOHN A. MENDEZ
                                              United States District Judge