1 BENJAMIN B. WAGNER
  United States Attorney
2 MICHAEL D. ANDERSON
  Assistant U.S. Attorney
3 501 I Street, Suite 10-100
  Sacramento, California 95814
4 Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S-09-220 JAM |
| ) | |
| Plaintiff, ) | MOTION AND ORDER TO DISMISS |
| ) | INDICTMENT |
| v. ) | |
| ) | |
| FRANCISCO MALDONADO-PENALOZA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment against FRANCISCO MALDONADO-PNEALOZA without prejudice in the interest of justice.  I have spoken with defense counsel in this case, Timothy Zindel, and he stated that he has no objection to this motion.

DATED: June 7, 2010                    Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                  By:  /s/ Michael D. Anderson
                                       MICHAEL D. ANDERSON
                                       Assistant U.S. Attorney

1

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in the above captioned case be dismissed against defendant FRANCISCO MALDONADO-PENALOZA without prejudice in the interest of justice.

DATED: 6/7/2010

/s/ John A. Mendez
 HON. JOHN A. MENDEZ
 United States District Judge